DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. S.
Suite 1100
Las Vegas, Nevada  89101
(702) 388-6546 (Telephone)
(702) 388-5087 (Fax)
Kimberly.frayn@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:11-CR-395-PMP-GWF |
| Plaintiff, ) | |
| vs. ) | GOVERNMENT'S MOTION TO QUASH AREST WARRANT AND DISMISS INDICTMENT |
| JIN LIN, ) | |
| Defendant. ) | |

The undersigned counsel certifies that this motion is timely filed.

COMES NOW, the United States, by and through DANIEL G. BOGDEN, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and moves to quash the arrest warrant and dismiss the Indictment against the aforementioned Defendant for the following reasons:

On or about November 8, 2011, the Grand Jury returned an Indictment against Defendant Jin Lin (doc. no. 1).  In connection therewith a warrant issued for the Defendant's arrest.  The Defendant has remained in fugitive status since the initial Indictment issued against

him. The United States Secret Service Special Agents and Las Vegas Metropolitan Police Department Taskforce Officers assigned responsibility for this matter advise that they believe Defendant Liu is out of the country and if he travels, he is traveling only to foreign countries from which he will not be subject to extradition to the United States. Accordingly, the Government respectfully moves to quash the arrest warrant and dismiss the charges in the Indictment (doc. no. 1) against this Defendant.

Dated: June 24, 2016

Respectfully submitted,

DANIEL G. BOGDEN,
United States Attorney

 /s/ Kimberly M. Frayn
KIMBERLY M FRAYN
Assistant United States Attorney

**PROPOSED ORDER**

IT IS SO ORDERED, the arrest warrant issued against JIN LIN, is hereby quashed and the Indictment (doc. no. 1) pending against JIN LIN is hereby dismissed.

DATED: June 29, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

2